## FEDERAL NATIONAL MORTGAGE ASSOCIATION *v.* JON A. BARAN

The defendant's petition for certification for appeal from the Appellate Court (AC 17659) is denied.

*Jon A. Baran*, pro se, in support of the petition.

Decided April 8, 1998

## ROSAMARIA BONAMICO ET AL. *v.* CITY OF MIDDLETOWN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 47 Conn. App. 758 (AC 16562), is granted. The case is remanded to the Appellate Court for reconsideration in light of *Purzycki* v. *Fairfield*, 244 Conn. 191 (1998).

In view of our remand without further proceedings in this court, the provisions of Practice Book (1998 Rev.) § 84-9 (formerly § 4138) are waived.

MCDONALD, J., did not participate in the consideration or decision of this petition.

*Averum J. Sprecher*, in support of the petition.

*Andrew J. O'Keefe* and *Joseph M. Busher*, in opposition.